UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING ) <br> PHARMACY CASES ) <br> ) <br> ) <br> ) <br> *This Document Relates To*: ) <br> ) <br> MICHELE ERKAN, et al., ) <br> ) <br>   Plaintiffs, ) <br> ) <br>   v. ) <br> ) <br> NEW ENGLAND COMPOUNDING ) <br> PHARMACY, INC., et al., ) <br> ) <br>   Defendants. ) <br> ) <br> *This Document Relates To*: ) <br> ) <br> ROBERT COLE, ) <br> ) <br>   Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> NEW ENGLAND COMPOUNDING ) <br> PHARMACY, INC., et al., ) <br> ) <br>   Defendants. ) <br> ) | Master Docket No. <br> 12-12052-FDS <br><br><br><br><br><br><br><br> Civil Action No. <br> 12-12052-FDS <br><br><br><br><br><br><br><br><br><br><br><br> Civil Action No. <br> 12-12066-FDS |

## INTERIM ORDER OF CONSOLIDATION

**SAYLOR, J.**

On November 19, 2012, plaintiffs Michelle Erkan and Robert Cole moved, on behalf of themselves and the plaintiffs in related cases, for this Court to consolidate, for pre-trial purposes

only, various personal injury cases against defendants New England Compounding Pharmacy, Inc., d/b/a New England Compounding Center; Ameridose LLC; Medical Sales Management, Inc.; Barry Cadden; Lisa Conigliaro Cadden; Gregory Conigliaro; Douglas Conigliaro; Carla Conigliaro; and Glenn A. Chin, or some subset or combination of those defendants.

The cases presently pending in this Court are the following:

1. *Erkan v. New England Compounding Pharmacy, Inc. et al.*, 12-cv-12052;

2. *Martin et al. v. New England Compounding Pharmacy, Inc., et al.*, 12-cv-12055;

3. *Doe v. New England Compounding Pharmacy, Inc. et al.*, 12-cv-12057;

4. *Cole v. New England Compounding Pharmacy, Inc. et al.*, 12-cv-12066;

5. *Thompson v. New England Compounding Pharmacy, Inc. et al.*, 12-cv-12074;

6. *Schroder et al. v. New England Compounding Pharmacy, Inc. et al.*, 12-cv-12075;

7. *Armstrong v. New England Compounding Pharmacy, Inc. et al.*, 12-cv-12077;

8. *Harrison v. New England Compounding Pharmacy, Inc. et al.*, 12-cv-12078;

9. *Weinstein v. New England Compounding Pharmacy, Inc. et al.*, 12-cv-12103;

10. *McDow et al. v. New England Compounding Pharmacy, Inc. et al.*, 12-cv-12112;

11. *Green v. New England Compounding Pharmacy, Inc. et al.*, 12-cv-12121;

12. *Cary v. New England Compounding Pharmacy, Inc. et al.*, 12-cv-12123; and

13. *Guzman v. New England Compounding Pharmacy, Inc. et al.*, 12-cv-12208.

The Court will grant the motion for consolidation on an interim basis, as set forth in this order.

Pursuant to Fed. R. Civ. P. 42(a), the Court may consolidate two or more pending actions involving a common question of law or fact. The Court finds that the thirteen listed actions involve such common questions. These cases are all product liability cases, all involving

allegations that the defendants compounded and sold methylprednisolone acetate in a contaminated form.  At least at this early stage, common questions of fact and law exist, and coordination of these cases will reduce duplication, mitigate potential conflict, and ensure conservation of resources on behalf of all parties and the Court.

For the convenience of the parties and the Court, the Clerk of this Court will maintain a master docket with a single docket number of 12-cv-12052 (the number assigned to *Erkan v. New England Compounding Pharmacy, Inc. et al.*, which will serve as the lead case) in a master record under the style: "In re:  New England Compounding Pharmacy Cases."  When an order, pleading, or other document is filed and docketed in the master docket, it shall be deemed filed and docketed in each individual case to the extent applicable and will not ordinarily be separately docketed or filed in any individual cases.  All subsequent filings shall include the caption for the master docket, and as exemplified by the Court in this order.  Motions or pleadings related only to specific plaintiffs must include, in addition to the master docket caption, a caption and title, indicating that the document concerns one or more particular cases.  The words "This Document Relates to:" must appear in the caption, as set forth in the caption of this order.

The terms of this order shall apply automatically to all other related cases that become a part of this proceeding by virtue of being filed in, removed to, or transferred to this Court, including cases transferred pursuant to local rules, 28 U.S.C. § 1404(a), or 28 U.S.C. § 1407.

The Court is aware that the Judicial Panel on Multidistrict Litigation (JPML) has scheduled a hearing on these and other related actions, collectively MDL 2419, for January 31, 2013.  This order shall remain in effect at least until the JPML has issued a decision concerning

that matter.

**So Ordered.**

                                                 /s/ F. Dennis Saylor  
                                                F. Dennis Saylor IV  
Dated: November 29, 2012                    United States District Judge