# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE:  NEW ENGLAND COMPOUNDING PHARMACY CASES )<br>)<br>)<br>)<br>*This Document Relates To:*  )<br>)<br>**All Actions**  )<br>) | Master Docket No.<br>12-12052-FDS |

## ORDER APPOINTING INTERIM LIAISON COUNSEL

**SAYLOR, J.**

    1.    Pending further order of this Court, the Court designates the following counsel to act as Interim Liaison Counsel on behalf of the individual defendants with the responsibilities described in this order:

> Heidi A. Nadel
> Todd & Weld LLP
> 28 State Street, 31st floor
> Boston, MA 02109
> (617) 720-2626
> hnadel@toddweld.com

    2.    For the purposes of this order, the term "individual defendants" shall collectively refer to Barry Cadden, Lisa Conigliaro Cadden, Gregory Conigliaro, Douglas Conigliaro, Carla Conigliaro, and Glenn A. Chin.

    3.    This appointment is made on an interim basis only, and is intended to apply until this Court, or another court, issues a superseding order (which is expected to occur after the Judicial Panel on Multidistrict Litigation renders a decision on the consolidation and transfer of these and any related cases).

4. The responsibilities of Interim Liaison Counsel are as follows:

   a. Interim Liaison Counsel shall be the person with whom plaintiffs' counsel shall confer for purposes of any legal obligation to confer with counsel for multiple individual defendants (for example, the obligations imposed by Local Rule 7.1(A)(2) or Fed. R. Civ. P. 26(f)).

   b. Interim Liaison Counsel shall maintain and distribute to all counsel an up-to-date service list of individual defendants' counsel.

   c. Interim Liaison Counsel shall receive and, as appropriate, distribute to individual defendants' counsel copies of any pleadings, discovery, correspondence, or other items that have not been served or distributed in electronic form.

   d. Interim Liaison Counsel shall communicate as appropriate with individual defendants' counsel concerning the status of and developments in this proceeding.

5. Interim Liaison Counsel shall not have the power to bind another party unless that party expressly grants Interim Liaison Counsel that power.

6. When a new action that is subject to the Interim Order of Consolidation dated November 29, 2012, is filed in or transferred to this Court, Interim Liaison Counsel shall take reasonable steps to ensure that any new counsel appearing in that action is aware of this order.

**So Ordered.**

                                                /s/ F. Dennis Saylor
                                                F. Dennis Saylor IV
                                                United States District Judge

Dated:  December 13, 2012