UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY CASES | MASTER DOCKET NO. 12-cv-12052-FDS |
| | JUDGE: F. DENNIS SAYLOR IV |
| THIS DOCUMENT RELATES TO: | |
| RAYMOND McDOW, et al., | Civil Action No. 1:12-cv-12112 |
| Plaintiffs | |
| v. | |
| NEW ENGLAND COMPOUNDING PHARMACY INC., d/b/a NEW ENGLAND COMPOUNDING CENTER, et al., | **STIPULATED EXTENSION OF TIME TO DECEMBER 31, 2012 TO ANSWER PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT** |
| Defendants | |

Plaintiffs Raymond McDow and Roseanne Brooks and Defendant Ameridose, LLC, by and through counsel, hereby stipulate and agree that Ameridose will have until December 31, 2012 to Answer or otherwise move or plead in response to Plaintiffs' First Amended Class Action Complaint.

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

In accordance with Local Rule 7.1(a)(2), I, Scott J. Tucker, do hereby certify that I conferred with Plaintiffs' counsel regarding Defendant's Stipulated Extension of Time to December 31, 2012 to Answer Plaintiffs' First Amended Class Action Complaint.

Date: December 21, 2012

Respectfully submitted,

*s/ Scott J. Tucker*
Scott J. Tucker (BBO # 503940)
Tucker, Heifetz & Saltzman, LLP
100 Franklin Street
Boston, MA 02110
Tel:   617.557.9696
Fax:   617.227.9191
E-mail:   stucker@ths-law.com

*Attorney for Defendant Ameridose LLC*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been filed with the Clerk of the Court on December 21, 2012 using the ECF system that sent notification of this filing to all ECF-registered counsel of record via e-mail generated by the Court's ECF system.

*s/ Scott J. Tucker*
*Attorney for Defendant Ameridose, LLC*

013260.000018/1593548.1