# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY CASES | ) ) MASTER DOCKET NO. 12-12052-FDS ) |
| *THIS DOCUMENT RELATES TO:* All Actions | ) ) ) |

## NOTICE OF STAY BY REASON OF BANKRUPTCY

The defendant, New England Compounding Pharmacy, Inc. f/k/a New England Compounding Center ("NECC"), hereby notifies the Court that NECC filed a voluntary petition under Chapter 11 of Title 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Massachusetts (Eastern Division) No. 12-19882-HJB.  Pursuant to 11 U.S.C. § 362(a) all actions against NECC are stayed.

        Respectfully submitted,

        Defendant New England Compounding Pharmacy, Inc.

        By its Attorneys,

        */s/ Daniel E. Tranen*
        Geoffrey M. Coan, BBO # 641998
        Daniel E. Tranen, BBO # 675240
        Hinshaw & Culbertson LLP
        28 State Street, 24th Floor
        Boston, MA 02109-1775

Date:   December 24, 2012        Tel: (617)213-7000 / Fax: (617)213-7001

4267824v1

## **CERTIFICATE OF SERVICE**

     I, Daniel Tranen, hereby certify that on this 24th day of December, 2012, the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                      */s/ Daniel E. Tranen*
                                      Daniel Tranen