UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY CASES ) ) ) ) | Master Docket No. 12-cv-12052-FDS |
| ) ) *This Document Relates To:* ) ) RAYMOND McDOW, et al., ) ) Plaintiffs, ) ) v. ) ) ) NEW ENGLAND COMPOUNDING ) PHARMACY, INC., D/B/A NEW ENGLAND ) COMPOUNDING CENTER, et al., ) ) Defendants. ) | Civil Action No. 12-cv-12112<br><br>ASSENTED TO MOTION FOR AN EXTENSION OF TIME UNTIL JANUARY 31, 2013 FOR MEDICAL SALES MANAGEMENT, INC. TO RESPOND TO PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT |

Defendant Medical Sales Management, Inc. ("MSM") hereby moves the Court for an extension of time until January 31, 2013 to answer or otherwise respond to Plaintiffs' First Amended Class Action Complaint ("Complaint"). As support for this motion, MSM states that it needs additional time to respond to Plaintiffs' Complaint and that Plaintiffs will not be prejudiced if this motion is granted, as evidenced by the fact that Plaintiffs have assented to MSM's request for an extension of time until January 31, 2013 to file an answer or otherwise respond to the Complaint.

1

WHEREFORE, Defendant Medical Sales Management, Inc. respectfully requests that the Court grant this Assented to Motion for an Extension of Time Until January 31, 2013 to Respond to Plaintiffs' First Amended Class Action Complaint.

Respectfully submitted,

DEFENDANT MEDICAL SALES
MANAGEMENT, INC.

By its attorneys:

/s/ Daniel M. Rabinovitz
Daniel M. Rabinovitz, Esq. (BBO #558419)
Deborah G. Evans, Esq. (BBO # 631142)
Nicki Samson, Esq. (BBO #665730)
Michaels, Ward & Rabinovitz, LLP
One Beacon Street, 2nd Floor
Boston, MA 02108
(617) 350-4040 (phone)
(617) 350-4050 (fax)
dmr@michaelsward.com
dge@michaelsward.com
ns@michaelsward.com

Dated:  December 28, 2012

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

In accordance with Local Rule 7.1(a)(2), I, Nicki Samson, do hereby certify that I conferred with Plaintiffs' counsel regarding the above **Assented To Motion for an Extension of Time Until January 31, 2013 for Medical Sales Management, Inc. to Respond to Plaintiffs' First Amended Class Action Complaint.**

/s/ Nicki Samson

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2012, a true copy of the above **ASSENTED TO MOTION FOR AN EXTENSION OF TIME UNTIL JANUARY 31, 2013 FOR MEDICAL SALES MANAGEMENT, INC. TO RESPOND TO PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT** was filed in accordance with the Court's Electronic Filing Guidelines and will be sent to all counsel of record by operation of the Court's electronic filing system.

/s/ Daniel M. Rabinovitz