**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| IN RE:   NEW ENGLAND COMPOUNDING PHARMACY CASES  ) ) ) ) ) | Master Docket No. 12-12052-FDS |
| ) ) *This Document Relates To:* ) ) LANCE MARTIN and TOBY MARTIN, et. al., ) )  Plaintiffs, ) )  v. ) ) NEW ENGLAND COMPOUNDING PHARMACY, INC., et. al., ) ) )  Defendants. ) | Civil Action No. 12-12055-FDS |
| ) ) *This Document Relates To:* ) ) RAYMOND MCDOW, ROSEANNE BROOKS, et. al., ) ) )  Plaintiffs, ) )  v. ) ) NEW ENGLAND COMPOUNDING PHARMACY, INC., et. al., ) ) )  Defendants. ) | Civil Action No. 12-12112-FDS |

**ALAUNUS PHARMACEUTICAL, LLC'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.3, the Defendant,

Alaunus Pharmaceutical, LLC ("Alaunus"), states that it does not have any parent corporations

and no publicly-held corporation owns 10% or more of Alaunus' stock.

1

Dated:  January 1, 2013

Respectfully submitted,
Defendant Alaunus Pharmaceutical, LLC
By its Attorneys,

*/s/* Ryan Ciporkin

_____

Franklin H. Levy (BBO# 297720)
Ryan Ciporkin (BBO# 667479)
LAWSON & WEITZEN, LLP
88 Black Falcon Ave, Suite 345
Boston, MA 02210
Tel: (617) 439-4990
Fax: (617) 439-3987
flevy@lawson-weitzen.com
rciporkin@lawson-weitzen.com

**CERTIFICATE OF SERVICE**

I, Ryan Ciporkin, hereby certify that, on this 1st day of January 2013, the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Ryan Ciporkin

_____

Ryan Ciporkin