UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY CASES | Master Docket No. 12-12052-FDS |
| | JUDGE F. DENNIS SAYLOR IV |
| MICHELLE ERKAN, on behalf of herself, her minor child, and all others similarly situated, | Civil Action No. 1:12-cv-12052 |
| Plaintiff, | |
| v. | |
| NEW ENGLAND COMPOUNDING PHARMACY, INC. d/b/a NEW ENGLAND COMPOUNDING CENTER, et al. | |
| Defendants | |

## CERTIFICATE OF SERVICE OF INITIAL DISCLOSURES OF DEFENDANT, AMERIDOSE LLC

Defendant Ameridose LLC hereby gives notice of its production, on December 31, 2012, of insurance policies issued to it and reservation of rights letters received in regard to allegations advanced in filed complaints in this litigation. These documents have been provided to interim liaison counsel for plaintiff.

       Respectfully submitted,


       /s/Matthew P. Moriarty
       Matthew P. Moriarty (OH 0028389)
       Tucker Ellis LLP
       925 Euclid Avenue, Suite 1150
       Cleveland, OH 44115-1414
       Tel: (216) 592-5000
       Fax: (216) 592-5009
       matthew.moriarty@tuckerellis.com


       /s/Scott J. Tucker
       Scott J. Tucker
       Tucker, Heifetz & Saltzman, LLP
       100 Franklin Street
       Boston, MA 02110
       Tel: (617) 557-9696
       Fax: (617) 227-9191
       stucker@ths-law.com


       *Attorneys for Ameridose LLC*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2013, copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Matthew P. Moriarty
Matthew P. Moriarty (OH 0028389)
Tucker Ellis LLP
925 Euclid Avenue, Suite 1150
Cleveland, OH 44115-1414
Tel: (216) 592-5000
Fax: (216) 592-5009