## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY CASES | ) ) ) | Master Docket No. 12-12052-FDS |
| | ) | JUDGE F. DENNIS SAYLOR IV |
| | ) | |
| MICHELLE ERKAN, on behalf of herself, her minor child, and all others similarly situated, | ) ) ) | CIVIL ACTION NO: 1:12-CV-12052 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| NEW ENGLAND COMPOUNDING PHARMACY, INC. d/b/a NEW ENGLAND COMPOUNDING CENTER, et al. | ) ) ) ) ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE OF INITIAL DISCLOSURES OF DEFENDANT, NEW ENGLAND COMPOUNDING PHARMACY, INC.

Pursuant to L.R. 5.2, Defendant New England Compounding Pharmacy Center, Inc., hereby gives notice of its production via overnight mail, on December 28, 2012, of insurance policies issued to it and reservation of rights letters received in regard to allegations advanced in filed complaints in this litigation.  These documents have been provided to interim liaison counsel for plaintiff.

Respectfully submitted,

Defendant New England Compounding Pharmacy, Inc.,

By its Attorneys,


_/s/ Geoffrey M. Coan_
Geoffrey M. Coan, BBO # 641998
Daniel E. Tranen, BBO # 675240
Hinshaw & Culbertson LLP
28 State Street, 24th Floor
Boston, MA 02109-1775
Tel: (617)213-7000 / Fax: (617)213-7001


_/s/ Frederick Fern_
Frederick Fern (admitted pro-hac vice)
Harris Beach
100 Wall Street
New York, NY 10005
phone: (212) 313-5402
fax: (212) 687-0659

Date:    January 2, 2012




## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2013, copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_/s/ Daniel E. Tranen_
Daniel E. Tranen

2