# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY CASES | Master Docket No. 12-12052-FDS<br><br>JUDGE F. DENNIS SAYLOR IV |
| MICHELLE ERKAN, on behalf of herself, her minor child, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEW ENGLAND COMPOUNDING PHARMACY, INC. d/b/a NEW ENGLAND COMPOUNDING CENTER, et al.<br><br>Defendants | Civil Action No: 1:12-cv-12052 |

## CERTIFICATE OF SERVICE OF INITIAL DISCLOSURES OF DEFENDANT MEDICAL SALES MANAGEMENT, INC.

Defendant Medical Sales Management, Inc. hereby certifies that on January 4, 2013, it served its Initial Disclosures pursuant to Federal Rules of Civil Procedure 26(a)(1)(A)(iv) on Plaintiffs' Interim Liaison Counsel.

Respectfully submitted,

/s/ Dan Rabinovitz
Dan Rabinovitz, Esq. (BBO# 558419)
Deborah G. Evans, Esq. (BBO# 631142)
Nicki Samson, Esq. (BBO# 665730)
Michaels Ward & Rabinovitz, LLP
One Beacon Street, 2nd Floor
Boston, MA 02108
(617) 350-4040 (phone)
(617) 350-4050 (fax)
dmr@michaelsward.com
dge@michaelsward.com
ns@michaelsward.com
bjh@michaelsward.com

Dated: January 4, 2013

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2013, a true copy of the above **CERTIFICATE OF SERVICE OF INITIAL DISCLOSURES OF DEFENDANT MEDICAL SALES MANAGEMENT, INC.** was filed in accordance with the Court's Electronic Filing Guidelines and will be sent to all counsel of record by operation of the Court's electronic filing system.

/s/ Dan Rabinovitz