## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:     NEW ENGLAND COMPOUNDING PHARMACY CASES | **Master Docket No.** <br> **12-12052-FDS** |
| *This Document Relates To:* <br><br> LANCE MARTIN and TOBY MARTIN, et. al., <br><br>     Plaintiffs, <br><br>     v. <br><br> NEW ENGLAND COMPOUNDING PHARMACY, INC., et. al., <br><br>     Defendants. | **Civil Action No.** <br> **12-12055-FDS** |
| *This Document Relates To:* <br><br> RAYMOND MCDOW, ROSEANNE BROOKS, et. al., <br><br>     Plaintiffs, <br><br>     v. <br><br> NEW ENGLAND COMPOUNDING PHARMACY, INC., et. al., <br><br>     Defendants. | **Civil Action No.** <br> **12-12112-FDS** |

## CERTIFICATE OF SERVICE OF INITIAL DISCLOSURES OF ALAUNUS PHARMACEUTICAL, LLC REGARDING INSURANCE AGREEMENTS

The Defendant, Alaunus Pharmaceutical, LLC ("Alaunus"), hereby certifies that on January 8, 2013, it served its Initial Disclosures pursuant to Federal Rules of Civil Procedure 26(a)(l)(A)(iv) on Plaintiffs' Interim Liaison Counsel.

|  |  |
|---|---|
| Dated:  January 8, 2013 | Respectfully submitted,<br>Defendant Alaunus Pharmaceutical, LLC<br>By its Attorneys, |

/s/ Ryan Ciporkin
_____
Franklin H. Levy (BBO# 297720)
Ryan Ciporkin (BBO# 667479)
LAWSON & WEITZEN, LLP
88 Black Falcon Ave, Suite 345
Boston, MA 02210
Tel: (617) 439-4990
Fax: (617) 439-3987
flevy@lawson-weitzen.com
rciporkin@lawson-weitzen.com

## CERTIFICATE OF SERVICE

I, Ryan Ciporkin, hereby certify that on this 8th day of January 2013, the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Ryan Ciporkin
_____
Ryan Ciporkin