## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY CASES | Master Docket No. 12-cv-12052 (FDS) |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

## NOTICE OF APPEARANCE OF CORRINA L. HALE, ESQ.

Pursuant to United States District Court Local Rule 83.5.2 and Local Rule 5.1(a)(1), please enter the appearance of Corrina L. Hale, on behalf of the Defendants, Douglas Conigliaro and Carla Conigliaro, in the above-captioned action.

> Respectfully submitted,
>
> DOUGLAS CONIGLIARO and CARLA CONIGLIARO,
> By their attorneys,
>
> /s/ Corrina L. Hale
> David E. Meier (BBO#341710)
> dmeier@toddweld.com
> Heidi A. Nadel (BBO#641617)
> hnadel@toddweld.com
> Melinda L. Thompson (BBO#651265)
> mthompson@toddweld.com
> Corrina L. Hale (BBO#670916)
> chale@toddweld.com
> TODD & WELD LLP
> 28 State Street, 31st Floor
> Boston, MA 02109
> (617) 720-2626

Dated: January 14, 2013

## CERTIFICATE OF SERVICE

I, Corrina L. Hale, hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

> /s/ Corrina L. Hale