# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY CASES | Master Docket No. 12-cv-12052 (FDS) |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

## PLAINTIFFS' PROPOSED AGENDA FOR
## JANUARY 14, 2013 STATUS CONFERENCE

Counsel for plaintiffs submits the following proposed status agenda for today's 2:00 pm status conference.

**A.     Proposed Agenda**

1. Where things stood following the last status conference

2. Status of the following:
   - Insurance disclosures
   - Medical record collection
   - Inspection report

3. Proceedings in the Bankruptcy court

4. MDL Panel hearing

5. Date for next status conference


Dated: January 14, 2013                              Respectfully submitted,

*/s/ Kristen Johnson Parker*
Kristen Johnson Parker, BBO# 667261
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
(617) 482-3700
kristenjp@hbsslaw.com

*Plaintiffs' Liaison Counsel*

**CERTIFICATE OF SERVICE**

I, Kristen Johnson Parker, hereby certify that I caused a copy of the above Proposed Agenda for January 14, 2013 Status Conference to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: January 14, 2013

/s/ Kristen Johnson Parker
Kristen Johnson Parker, BBO No. 667261