**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS (Boston)**

| | | |
|---|---|---|
| **IN RE: NEW ENGLAND COMPOUNDING PHARMACY CASES** | ) ) ) | **Master Docket No. 1:12-cv-12052** |
| **LANCE MARTIN, TOBY MARTIN** and **All Other Persons Similarly Situated,** | ) ) ) | |
| **Plaintiffs,** | ) ) | |
| **v.** | ) ) | **Civil Action No. 1:12-cv-12055-FDS** |
| **NEW ENGLAND COMPOUNDING, PHARMACY, INC., ALAUNUS PHARMACEUTICAL, LLC and AMERIDOSE, LLC,** | ) ) ) ) ) | |
| **Defendants.** | ) ) | |

**ASSENTED TO MOTION TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANT ALANUS' MOTION TO DISMISS**

Now come the Plaintiffs in the above-captioned matter who hereby respectfully request that this Court extend the time for the Plaintiffs to respond to Alanus's Motion to Dismiss up to and including January 25, 2013.  As grounds in support of this Motion, Plaintiffs assert the following:

1.      Defendant Alanus has served a Motion to Dismiss upon counsel for the Plaintiffs in this case.

2.      The parties, by and through their counsel, have agreed to extend the time for the Plaintiffs to respond to Defendant Alanus' Motion to Dismiss until January 25, 2013 and defense counsel therefore assents to this Motion.

3.     In related cases, Defendant Alanus has filed similar Motions to Dismiss and has agreed to similar extensions of time for other Plaintiffs to respond.

4.     On January 14, 2013, at a Status Conference on this and related cases, the Court has entered a stay on all discovery in this matter until February 15, 2013 in anticipation of the ruling of the Joint Panel on Multi-District Litigation.

5.     Allowance of this Motion will not have a substantial impact upon the progress of this case and is in the best interest of justice.

**WHEREFORE**, Plaintiffs respectfully request that the Court extend the time for the Plaintiffs to respond to Defendant Alanus' Motion to Dismiss up to and including January 25, 2013.

RESPECTFULLY SUBMITTED:

*SHEFF LAW OFFICES, P.C.*

/s/ Frank J. Federico, Jr.
Douglas K. Sheff, BBO # 544072
dsheff@shefflaw.com
Donald R. Grady, Jr. BBO #544841
dgrady@shefflaw.com
Frank J. Federico, Jr. BBO # 550193
ffederico@shefflaw.com
Joseph N. Magner, BBO # 678599

jmagner@shefflaw.com
10 Tremont Street, 7th Fl.
Boston, MA  02108
Tel:  617-227-7000
Fax: 617-227-8833

AND

Law Offices of K. William Kyros
K. William Kyros, BBO# 634442
kon@kyroslaw.com
17 Miles Road
Hingham, MA 02043
Tel:  1-800-934-2921

### Certificate of Service

I, Frank J. Federico, Jr., hereby certify that I served a copy of the foregoing document upon all counsel of record by causing a copy to be sent to them via the Electronic Filing System this 15th day of January, 2013.

/s/ Frank J. Federico, Jr.
Frank J. Federico, Jr.