UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY CASES | Master Docket No. 12-cv-12052-FDS |
| *This Document Relates To:* | |
| MICHELLE ERKAN, et al., | Civil Action No. 12-cv-12052 |
| Plaintiffs, | |
| v. | |
| NEW ENGLAND COMPOUNDING PHARMACY, INC. d/b/a NEW ENGLAND COMPOUNDING CENTER, et al., | |
| Defendants. | |
| *This Document Relates To:* | |
| ROBERT COLE, et al., | Civil Action No. 12-cv-12066 |
| Plaintiffs, | |
| v. | **ASSENTED TO MOTION FOR AN EXTENSION OF TIME UNTIL FEBRUARY 20, 2013 FOR MEDICAL SALES MANAGEMENT, INC. TO RESPOND TO PLAINTIFFS' AMENDED CLASS ACTION COMPLAINTS** |
| NEW ENGLAND COMPOUNDING PHARMACY, INC. d/b/a NEW ENGLAND COMPOUNDING CENTER, et al., | |
| Defendants. | |

Defendant Medical Sales Management, Inc. ("MSM") hereby moves the Court for an extension of time until February 20, 2013 to answer or otherwise respond to the Amended Class Action Complaints in the above-referenced matters. As support for this motion, MSM states that it needs additional time to respond to Plaintiffs' Complaints. Plaintiffs have assented to MSM's

request for an extension of time until February 20, 2013 to file an answer or otherwise respond to the Complaints.

WHEREFORE, Defendant Medical Sales Management, Inc. respectfully requests that the Court grant this Assented to Motion for an Extension of Time Until February 20, 2013 to Respond to Plaintiffs' Amended Class Action Complaints.

/s/ Daniel M. Rabinovitz
Daniel M. Rabinovitz, Esq. (BBO #558419)
Deborah G. Evans, Esq. (BBO # 631142)
Nicki Samson, Esq. (BBO #665730)
Michaels, Ward & Rabinovitz, LLP
One Beacon Street, 2nd Floor
Boston, MA 02108
(617) 350-4040 (phone)
(617) 350-4050 (fax)
dmr@michaelsward.com
dge@michaelsward.com
ns@michaelsward.com

Dated: January 17, 2013

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

In accordance with Local Rule 7.1(a)(2), I, Nicki Samson, do hereby certify that I conferred with Plaintiffs' counsel regarding the above **Assented To Motion for an Extension of Time Until February 20, 2013 for Medical Sales Management, Inc. to Respond to Plaintiffs' Amended Class Action Complaints.**

/s/ Nicki Samson

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2013, a true copy of the above **ASSENTED TO MOTION FOR AN EXTENSION OF TIME UNTIL FEBRUARY 20, 2013 FOR MEDICAL SALES MANAGEMENT, INC. TO RESPOND TO PLAINTIFFS' AMENDED CLASS ACTION COMPLAINTS** was filed in accordance with the Court's Electronic Filing Guidelines and will be sent to all counsel of record by operation of the Court's electronic filing system.

/s/ Daniel M. Rabinovitz