**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

-------------------------------------------------------x
                             :

IN RE: NEW ENGLAND COMPOUNDING  :     **MASTER DOCKET NO. 12-12052-FDS**
PHARMACY CASES,                      :

                             :

THIS DOCUMENT RELATES TO:       :
All Actions                           :

                             :

-------------------------------------------------------x

**NOTICE OF APPEARANCE OF PROPOSED COUNSEL FOR**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**OF NEW ENGLAND COMPOUNDING PHARMACY, INC.**

      Please enter the appearance in the above-captioned matter of the following proposed counsel

for the Official Committee of Unsecured Creditors in the chapter 11 case of New England

Compounding Pharmacy, Inc. (the "Committee"):

             William R. Baldiga, Esq.
             Brown Rudnick LLP
             One Financial Center
             Boston, MA  02111
             Tel. (617) 856-8200
             Fax: (617) 856-8201
             Email: wbaldiga@brownrudnick.com

Dated:  January 21, 2013
        Boston, Massachusetts        Respectfully submitted,

                         By:     /s/ William R. Baldiga
                              William R. Baldiga, Esq. (BBO #542125)
                              BROWN RUDNICK LLP
                              One Financial Center
                              Boston, MA  02111
                              (617) 856-8200

                              *Proposed Counsel to the*
                              *Official Committee of Unsecured Creditors*
                              *in the Chapter 11 Case of New England*
                              *Compounding Pharmacy, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I, William R. Baldiga, hereby certify that on January 21, 2013, I caused a copy of the foregoing Notice of Appearance to be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, by first class mail, postage prepaid.


Dated: January 21, 2013
      Boston, Massachusetts


                                    /s/ William R. Baldiga
                                    William R. Baldiga

60980931