# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

---------------------------------------------------------x
:
IN RE: NEW ENGLAND COMPOUNDING :    MASTER DOCKET NO. 12-12052-FDS
PHARMACY CASES,                                :
:
THIS DOCUMENT RELATES TO:          :
All Actions                                                  :
:
---------------------------------------------------------x

## MOTION TO APPROVE PRO HAC VICE ADMISSION OF DAVID J. MOLTON

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, William R. Baldiga, a member in good standing of the bar of this Court, hereby moves for an Order allowing the admission *pro hac vice* of:

> David J. Molton, Esq.
> Brown Rudnick LLP
> Seven Times Square
> New York, NY  10036
> Tel. (212) 209-4800
> Fax: (212) 209-4801
> Email: dmolton@brownrudnick.com

David J. Molton is a member in good standing of the Bar of the State of New York. There are no pending disciplinary proceedings against David J. Molton in any State or Federal court. Mr. Molton is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: January 21, 2013
      Boston, Massachusetts

Respectfully submitted,

By:   /s/ William R. Baldiga
      William R. Baldiga, Esq. (BBO #542125)
      BROWN RUDNICK LLP
      One Financial Center
      Boston, MA 02111
      (617) 856-8200

*Proposed Counsel to the*
*Official Committee of Unsecured Creditors*
*in the Chapter 11 Case of New England*
*Compounding Pharmacy, Inc.*

**CERTIFICATE OF SERVICE**

I, William R. Baldiga, hereby certify that on January 21, 2013, I caused a copy of the foregoing Motion to be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies to be sent to those indicated as non-registered participants, by first class mail, postage prepaid.

Dated: January 21, 2013
       New York, NY

                                                    /s/ William R. Baldgia
                                                    William R. Baldiga

60980936