UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

**IN RE: NEW ENGLAND COMPOUNDING**     Master Docket No.12-12052-FDS
**PHARMACY CASES**

---

*This Document Relates To:*

| | |
|---|---|
| ROBERT COLE, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>        Plaintiff,<br><br>v.<br><br>NEW ENGLAND COMPOUNDING PHARMACY, INC. D/B/A NEW ENGLAND COMPOUNDING CENTER, AMERIDOSE LLC, MEDICAL SALES MANAGEMENT INC., BARRY CADDEN, LISA CONIGLIARO CADDEN, GREGORY CONIGLIARO, DOUGLAS CONIGLIARO, CARLA CONIGLIARO, AND GLENN A. CHIN,<br><br>        Defendants. | CASE NO. 1:12-cv-12066 |

**MEMORANDUM OF LAW IN SUPPORT OF ASSENTED TO MOTION FOR AN EXTENSION OF TIME TO FEBRUARY 20, 2013 TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

NOW COME defendants Barry Cadden, Lisa Conigliaro Cadden, Gregory Conigliaro, Douglas Conigliaro, Carla Conigliaro, and Glenn A. Chin (collectively, "Defendants") and move this Court for an extension of time to February 20, 2013 for Defendants to answer or otherwise move. In support of the motion, Defendants state as follows:

    1.    On or about November 6, 2012, this action was filed in this Court.

    2.    On or about November 15, 2012, the Plaintiff filed an Amended Complaint.

    3.    Plaintiff and Defendants have agreed that the Defendants' response to the

Plaintiff's Amended Complaint will be due by February 20, 2013, as Defendants' counsel requires additional time in order to evaluate the allegations in the Amended Complaint and prepare a full and adequate response on behalf of each Defendant.

4. Defendants are not seeking an extension to unduly prolong these proceedings and no prejudice will result to any party by extending the deadline as requested.

5. Plaintiff, through her counsel, has assented to this Motion.

> Respectfully submitted,
>
> Defendants Barry Cadden, Lisa Conigliaro Cadden, Gregory Conigliaro, Douglas Conigliaro, Carla Conigliaro, and Glenn A. Chin,
>
> By their Attorneys,
>
> */s/ Daniel E. Tranen*
> Geoffrey M. Coan, BBO # 641998
> Daniel E. Tranen, BBO # 675240
> Hinshaw & Culbertson LLP
> 28 State Street, 24th Floor
> Boston, MA 02109-1775
> Tel: (617)213-7000 / Fax: (617)213-7001

Date:   January 23, 2013

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

In accordance with Local Rule 7.1(a)(2), I, Garrett D. Lee, do hereby certify that I conferred with Plaintiff's counsel regarding Defendants' Assented To Motion for an Extension of Time to February 20, 2013 to Respond to the Plaintiff's Amended Complaint.

Dated:  January 23, 2013         */s/ Garrett D. Lee*
                                 Garrett D. Lee

2

34321724v1 0940641

## CERTIFICATE OF SERVICE

      I, Daniel E. Tranen, hereby certify that on January 23, 2013, the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                            */s/ Daniel E. Tranen*
                                            Daniel E. Tranen