UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY CASES | Master Docket No.12-12052-FDS |

*This Document Relates To:*

| | |
|---|---|
| LISA WEINSTEIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| NEW ENGLAND COMPOUNDING PHARMACY, INC., d/b/a New England Compounding Center, AMERIDOSE LLC, MEDICAL SALES MANAGEMENT INC., BARRY CADDEN, LISA CONIGLIARO CADDEN, GREGORY CONIGLIARO, DOUGLAS CONIGLIARO, CARLA CONIGLIARO, and GLENN A. CHIN, | ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

**ASSENTED TO MOTION FOR AN EXTENSION OF TIME TO MARCH 31, 2013 TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants Barry Cadden, Lisa Conigliaro Cadden, Gregory Conigliaro, Douglas Conigliaro, Carla Conigliaro, and Glenn A. Chin (collectively, "Defendants") move this Court for an extension of time to March 31, 2013 for Defendants to answer or otherwise move. The motion should be granted because Defendants require additional time to respond to the allegations and have acted in good faith. Moreover, Plaintiff has assented to the motion. In further support of the motion, Defendants attach a memorandum of law.

WHEREFORE, Barry Cadden, Lisa Conigliaro Cadden, Gregory Conigliaro Douglas

34321767v1 0940874

Conigliaro, Carla Conigliaro, and Glenn A. Chin request that the Court grant the Motion for An Extension of Time to March 31, 2013 to Respond to the Plaintiff's Complaint.

>Respectfully submitted,
>
>Defendants Barry Cadden, Lisa Conigliaro Cadden, Gregory Conigliaro, Douglas Conigliaro, Carla Conigliaro, and Glenn A. Chin,
>
>By their Attorneys,
>
>*/s/ Daniel E. Tranen*
>Geoffrey M. Coan, BBO # 641998
>Daniel E. Tranen, BBO # 675240
>Hinshaw & Culbertson LLP
>28 State Street, 24th Floor
>Boston, MA 02109-1775

Date: January 25, 2013        Tel: (617)213-7000 / Fax: (617)213-7001


## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

In accordance with Local Rule 7.1(a)(2), I, Garrett D. Lee, do hereby certify that I conferred with Plaintiff's counsel regarding Defendants' Assented To Motion for an Extension of Time to March 31, 2013 to Respond to the Plaintiff's Complaint.


Dated: January 25, 2013        */s/ Garrett D. Lee*
                               Garrett D. Le

34321767v1 0940874

## **CERTIFICATE OF SERVICE**

      I, Daniel E. Tranen, hereby certify that on January 25, 2013, the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                        */s/ Daniel E. Tranen*
                                        Daniel E. Tranen

34321767v1  0940874