UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY CASES | Master Docket No. 12-cv-12052-FDS |
| *This Document Relates To:* | |
| RAYMOND MCDOW, et al., | Civil Action No. 12-cv-12112-FDS |
| Plaintiffs, | |
| v. | |
| NEW ENGLAND COMPOUNDING PHARMACY, INC. d/b/a NEW ENGLAND COMPOUNDING CENTER, et al., | |
| Defendants. | |

**ASSENTED TO MOTION FOR EXTENSION OF TIME TO MARCH 4, 2013
TO RESPOND TO PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT**

Defendant Medical Sales Management, Inc. ("MSM") hereby moves the Court for an extension of time until March 4, 2013 for MSM to respond to Plaintiffs' First Amended Class Action Complaint in the above-referenced matter. As support for this motion, MSM states that it has been named in numerous lawsuits in several jurisdictions and seeks additional time to respond to the allegations in Plaintiffs' Complaint. In addition, Plaintiffs have assented to MSM's request for an extension of time until March 4, 2013.

WHEREFORE, Defendant Medical Sales Management, Inc. respectfully requests that the Court grant this Assented to Motion for Extension of Time to March 4, 2013 to Respond to Plaintiffs' First Amended Class Action Complaint.

Respectfully Submitted,

Medical Sales Management, Inc.
By its attorneys,


/s/ Daniel M. Rabinovitz
Daniel M. Rabinovitz, Esq. (BBO #558419)
Deborah G. Evans, Esq. (BBO # 631142)
Nicki Samson, Esq. (BBO #665730)
Brady J. Hermann, Esq. (BBO# 667828)
Michaels, Ward & Rabinovitz, LLP
One Beacon Street, 2nd Floor
Boston, MA 02108
(617) 350-4040 (phone)
(617) 350-4050 (fax)
dmr@michaelsward.com
dge@michaelsward.com
ns@michaelsward.com
bjh@michaelsward.com

Dated: January 30, 2013


### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

In accordance with Local Rule 7.1(a)(2), I, Brady J. Hermann, do hereby certify that I conferred with Plaintiffs' counsel regarding the above *Assented to Motion for Extension of Time to March 4, 2013 to Respond Plaintiffs' First Amended Class Action Complaint.*

/s/ Brady Hermann

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2013, a true copy of the above *Assented to Motion for Extension of Time to March 4, 2013 to Respond to Plaintiffs' First Amended Class Action Complaint* was filed in accordance with the Court's Electronic Filing Guidelines and will be sent to all counsel of record by operation of the Court's electronic filing system.

/s/ Daniel M. Rabinovitz