UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------x
                                                         :
IN RE: NEW ENGLAND COMPOUNDING   :   MASTER DOCKET NO. 12-12052-FDS
PHARMACY CASES,                                          :
                                                         :
THIS DOCUMENT RELATES TO:        :
All Actions                                              :
                                                         :
---------------------------------------------------------x

## NOTICE OF APPEARANCE OF PROPOSED COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NEW ENGLAND COMPOUNDING PHARMACY, INC.

Please enter the appearance in the above-captioned matter of the following proposed counsel for the Official Committee of Unsecured Creditors in the chapter 11 case of New England Compounding Pharmacy, Inc. (the "Committee"):

> Jessica L. Conte, Esq.
> Brown Rudnick LLP
> One Financial Center
> Boston, MA  02111
> Tel. (617) 856-8200
> Fax: (617) 856-8201
> Email: jconte@brownrudnick.com

Dated: February 14, 2013
       Boston, Massachusetts                Respectfully submitted,

                                    By:    /s/ Jessica L. Conte
                                           Jessica L. Conte, Esq. (BBO #679070)
                                           BROWN RUDNICK LLP
                                           One Financial Center
                                           Boston, MA  02111
                                           (617) 856-8200

                                           *Proposed Counsel to the*
                                           *Official Committee of Unsecured Creditors*
                                           *in the Chapter 11 Case of New England*
                                           *Compounding Pharmacy, Inc.*

## **CERTIFICATE OF SERVICE**

I, Jessica L. Conte, hereby certify that on February 14, 2013, I caused a copy of the foregoing Notice of Appearance to be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, by first class mail, postage prepaid.

Dated: February 14, 2013
       Boston, Massachusetts

                                                   /s/ Jessica L. Conte
                                                  Jessica L. Conte

61001927