UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY CASES LITIGATION | MDL No. 2419<br>Master Docket No. 12-cv-12052 (FDS) |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

**JOINTLY PROPOSED AGENDA
FOR THE FEBRUARY 15, 2013 STATUS CONFERENCE**

The parties jointly propose the following agenda for the February 15, 2012 status conference:

1. JPML ruling and timing of CTO #1 tag-alongs;

2. Creation of an additional list of all cases by jurisdiction and alphabetically currently pending in Federal District Courts which will become tag-a-long to the MDL;

3. Discussion of process for addressing organizational matters under § 10.22 of the Manual for Complex Litigation and Federal Rule of Civil Procedure 23(g);

4. Extension of the discovery stay through the next conference;

5. Status of overall litigation in other state and federal courts (including bankruptcy court);

6. Discussion of stay of pleadings in the tag-along cases pending transfer to the MDL; and

7. Date for next full status conference.

Dated: February 14, 2013                Respectfully submitted,

*/s/ Kristen Johnson Parker*
Matthew P. Moriarty                     Thomas M. Sobol, BBO # 471770
TUCKER ELLIS LLP                        Kristen Johnson Parker, BBO# 667261
925 Euclid Avenue, Suite 1150           HAGENS BERMAN SOBOL SHAPIRO LLP
Cleveland, OH 44115                     55 Cambridge Parkway, Suite 301
(216) 592-5000                          Cambridge, MA  02142
mmoriarty@tuckerellis.com               (617) 482-3700
                                        tom@hbsslaw.com
*Ameridose's Liaison Counsel*           kristenjp@hbsslaw.com

                                        *Plaintiffs' Liaison Counsel*

| | |
|---|---|
| Frederick H. Fern<br>HARRIS BEACH PLLC<br>100 Wall Street<br>New York, NY 10005<br>(212) 687-0100<br>hbnecc@harrisbeach.com<br><br>*NECC's Liaison Counsel* | Heidi A. Nadel<br>TODD & WELD LLP<br>28 State Street, 31st Floor<br>Boston, MA 02109<br>(617) 720-2626<br>hnadel@toddweld.com<br><br>*Individuals' Liaison Counsel* |

## **CERTIFICATE OF SERVICE**

I, Kristen Johnson Parker, hereby certify that I caused a copy of the above Jointly Proposed Agenda for the February 15, 2013 Status Conference to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: February 14, 2013

*/s/ Kristen Johnson Parker*
Kristen Johnson Parker, BBO No. 667261