UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE NEW ENGLAND COMPOUNDING PHARMACY CASES,<br><br>*THIS DOCUMENT RELATES TO*:<br><br>All Actions | )<br>)<br>)<br>)<br>)  Master Docket No. 12-cv-12052(FDS)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

Please enter the appearance of Jennifer L. Mikels of Duane Morris LLP, as proposed counsel for PAUL D. MOORE, in his capacity as Chapter 11 Trustee of the Defendant New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center.[1] This appearance is made without prejudice to the stay pursuant to 11 U.S.C. §362.

---

[1] Trustee Paul D. Moore's Application to Employ Duane Morris LLP as Counsel to Chapter 11 Trustee *nunc pro tunc to January 25, 2013*, filed on February 7, 2013, is currently pending in the United States Bankruptcy Court for the District of Massachusetts in case number 12-19882.

Dated: February 14, 2013

PAUL D. MOORE, in his capacity as Chapter 11 Trustee of the Defendant
By his proposed attorneys,

/s/Jennifer L. Mikels
Michael R. Gottfried BBO# 542156
Jennifer L. Mikels BBO# 682199
DUANE MORRIS LLP
100 High Street, Suite 2400
Boston, MA 02110-1724
Telephone: +1 857 488 4200
Fax: +1 857 488 4201
Email: mrgottfried@duanemorris.com
Email: jlmikels@duanemorris.com

**CERTIFICATE OF SERVICE**

I, Jennifer L. Mikels, hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on February 14, 2013.

/s/ Jennifer L. Mikels
Jennifer L. Mikels BBO# 682199
jlmikels@duanemorris.com