UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No.: 1:13-md-2419-FDS |
| This Document Relates to: All Cases | ) ) ) ) | |
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY CASES | ) ) ) | Master Docket No. 1:12-cv-12052 - FDS |
| This Document Relates to: All Cases | ) ) ) ) | |

**ASSENTED-TO MOTION TO EXTEND TIME TO RESPOND TO MOTION FOR
MANDATORY ABSTENTION UNDER 28 U.S.C. § 1334(c)(2)
ON BEHALF OF ROANOKE, VIRGINIA STATE COURT
PLAINTIFFS IN CASES NOT NAMING NECC AS A DEFENDANT**

Paul D. Moore, in his capacity as Chapter 11 Trustee of the Defendant New England

Compounding Pharmacy, Inc. d/b/a New England Compounding Center ("Trustee"), files this

Assented-to Motion for Extension of Time to respond to the Motion for Mandatory Abstention

Under 28 U.S.C. § 1334(c)(2) on Behalf of Roanoke, Virginia State Court Plaintiffs in Cases Not

Naming NECC as a Defendant [D.E. 209 in Case No. 1:12-cv-12052-FDS] (the "Motion for

Mandatory Abstention").   Specifically, the parties have agreed to extend the time in which

Trustee and Official Committee of Unsecured Creditors (the "Committee") may respond to the

Motion for Mandatory Abstention  to and including April 16, 2013, or such later date that this

Court designates as the due date for any replies to objections to the Trustee's Motion to Transfer

[D.E. 37].

As grounds for this motion, the Trustee states that the additional time will enable the Trustee and the Committee to evaluate and appropriately respond to the Motion for Mandatory Abstention and will further align this matter with the due date for a reply brief on the Trustee's Motion to Transfer in keeping with the Court's desire for coordinated briefing in these actions.

WHEREFORE, the Trustee respectfully requests that the Court grant its Assented-to Motion for Extension of Time to Respond to the Motion for Mandatory Abstention by extending the time in which the Trustee and the Committee may respond to the Motion for Mandatory Abstention to and including April 16, 2013, or such later date that this Court designates as the due date for any replies to objections to the Trustee's Motion to Transfer.

### CERTIFICATE PURSUANT TO LOCAL RULE 7.1(A)(2)

The undersigned hereby certifies that counsel for the movants conferred with counsel for the Roanoke, Virginia State Court Plaintiffs (*i.e.*, the Gentry Locke Plaintiffs), who assented to this motion.

Dated: March 28, 2013

Respectfully submitted,

DUANE MORRIS LLP

*/s/ Michael R. Gottfried*
Michael R. Gottfried  (BBO #542156)
Jennifer L. Mikels (BBO# 682199)
100 High Street, Suite 2400
Boston, MA 02110-1724
Phone: (857) 488-4200
Fax: (857) 488-4201
Email: mrgottfried@duanemorris.com
jlmikels@duanemorris.com

Counsel for PAUL D. MOORE, in his capacity as Chapter 11 Trustee of the Defendant New England Compounding Pharmacy, Inc., d/b/a New England Compounding Center

DM3\2494826.3

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as unregistered participants on  March 28, 2013.


/s/ Michael R. Gottfried
Michael R. Gottfried