UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>    All Cases | MDL No.: 1:13-md-2419-FDS |
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY CASES<br><br>This Document Relates to<br>    All Cases | Master Docket No. 12-12052 - FDS |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of April, 2013, this *Notice Of Chapter 11 Trustee's Motion to Transfer Personal Injury Tort and Wrongful Death Cases to This Court Pursuant to 11 U.S.C. §§ 157(b)5) and 1134,* filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants in the attached Service List.

/s/ *Michael R. Gottfried*
Michael R. Gottfried (BBO #542156)
DUANE MORRIS LLP
100 High Street, Suite 2400
Boston, MA 02110-1724
Tel: 857-488-4200
Fax: 857-488-4201
MRGottfried@duanemorris.com

Counsel for PAUL D. MOORE, in his capacity as Chapter 11 Trustee of the Defendant New England Compounding Pharmacy, Inc., d/b/a New England Compounding Center

DM3\2486647.1

## SERVICE LIST

A) Counsel for Plaintiffs in Pending Actions:

| Plaintiff(s) | Service Address | Registered to receive ECF notices in 1:13-md-02419? |
|---|---|---|
| Edward Adams; Leonard Shaffer; Karen Shaffer | Frederic L. Ellis<br>Edward D. Rapaki<br>Joseph M. Makalusky<br>ELLIS & RAPAKI, LLP<br>85 Merrimac Street<br>Suite 500<br>Boston, MA  02114 | Yes |
| | J. Douglas Peters<br>CHARFOOS & CHRISTENSEN, PC<br>Hecker-Smiley Mansion<br>5510 Woodward Avenue<br>Detroit, MI  40202" | No |
| Darrel Cummings, PRO SE | Darrel Cummings<br>088532<br>South Bay Correctional Facility<br>600 U.S. Highway 27 South<br>South Bay, FL 33493 | No |
| Basil E. Proffitt:<br>Mary Sharon Walker | Willard J. Moody, Jr.<br>THE MOODY LAW FIRM, INC.<br>500 Crawford Street, Suite 300<br>Portsmouth, VA   23705<br><br>THE MILLER FIRM, LLC<br>The Sherman Building<br>108 Railroad Avenue<br>Orange, VA  22960 | No |
| Sara Culp Andrews;<br>David A. Barley, Jr.;<br>Virginia Law Berger;<br>Viola Mills Bowling;<br>Brenda Brewster;<br>Wilma Brumfield;<br>Marvin Clark;<br>Harry Michael English;<br>Christy Fralin; | Patrick T. Fennell, Esq.<br>CRANDALL & KATT<br>366 Elm Avenue, S.W.<br>Roanoke, VA  24016 | Yes |

| Plaintiff(s) | Service Address | Registered to receive ECF notices in 1:13-md-02419? |
|---|---|---|
| Robin Annette Hannabass; Nancy Phillips; Michelle Powell; Christopher Sherrill; Kathy Sinclair; Lloyd Smith; Donna West; Barbara Whittaker | | |
| Carolyn Fidler; Curtis Lynn Shell; Brian Glenn Caddell; Richard Wayne; Henegar, Lynda; Bradfield, Elizabeth P.; Kirkpatrick, Kathy N.; Cole, Dana M. King | CRANWELL, MOORE & EMICK, P.L.C. 111 West Virginia Avenue Vinton, VA  24179 | No |
| Craig Simas and Joan Simas | Wickstrom Morse, LLP 60 Church Street Whitinsville, MA   01588 | No |
| Margaret Snopkowski | Elizabeth A. Kaveny BURKE WISE MORRISSEY & KAVENY 161 North Clark Street,Suite 3250 Chicago, IL  60601-3330 | No |
| Chance Everett Baker; Patrick O. Johnston; Ferman W. Wertz | Daniel T. Frith III FRITH & ELLERMAN LAW FIRM, P.C. 303 Washington Avenue, SW Roanoke, Virginia 24016 | No |
| Dana M. Bradley; Trudy R. Epperly; Barbara J. Filson; Zachary L. Foutz; Robert E. Harris, Jr.; Chester Kalinoski; Pauline Reynolds McFarlane; James Wirt Smith; Randolph Smith; Richard Alden Whitlow; Douglas G. Wingate; | H. David Gibson GENTRY LOCKE RAKES & MOORE 10 Franklin Road Southeast P.O. Box 40013 Roanoke, VA  24022-0013 | No |

3

| Plaintiff(s) | Service Address | Registered to receive ECF notices in 1:13-md-02419? |
|---|---|---|
| Sharon G. Wingate | | |
| May;<br>Parman;<br>Wayne Reed;<br>Diana Reed | William D. Leader<br>George H. Nolan<br>LEADER, BULSO & NOLAN, PLC<br>414 Union Street, Suite 1740<br>Nashville, TN 37219 | No |
| Wayne Reed;<br>Diana Reed | William H. Lassiter, Jr.<br>John Overton Belcher<br>LASSITER TIDWELL & DAVIS, PLLC<br>One Nashville Place<br>150 4th Avenue North, Suite 1850<br>Nashville, TN  37219 | No |

B & C)  Defendants in Pending Actions, with and without counsel:

| Defendant(s) | Service Address | Registered to receive ECF notices in 1:13-md-02419? |
|---|---|---|
| Alaunus Pharmaceutical, LLC | Ryan A. Ciporkin<br>Franklin H. Levy<br>LAWSON & WEITZEN<br>88 Black Falcon Avenue, Suite 345<br>Boston, MA 02210 | Yes |
| Ameridose, LLC | Richard A. Dean<br>Matthew Moriarty<br>Brandon Cox<br>TUCKER ELLIS LLP<br>925 Euclid Avenue, Suite 1150<br>Cleveland, OH 44115 | Yes |
| ARL Bio Pharma Inc d/b/a Analytical Research Laboratories | Kenneth B. Walton<br>DONOVAN HATEM LLP<br>World Trade Center East<br>Two Seaport Lane<br>Boston, MA 02210 | Yes |
| Barry Cadden;<br>Lisa Cadden;<br>Carla Conigliaro;<br>Douglas Conigliaro;<br>Gregory Conigliaro;<br>Glenn Chin;<br>Dr. J. Dauphin, D.O. | Geoffrey M. Coan<br>Daniel E. Tranen<br>HINSHAW & CULBERTON LLP<br>28 State Street, 24th Floor<br>Boston, MA  02109 | Yes |
| Carilion Surgery Center New River Valley, LLC d/b/a New River Valley Surgery Center, LLC | New River Valley Surgery Center, LLC<br>2901 Lamb Circle<br>Christiansburg, VA 24073-6347 | No |
| Dr. Jules Heller, M.D. | Dr. Jules Heller, M.D., Medical Director<br>South Bay Correctional Facility<br>600 U.S. Highway 27<br>South Bay, FL 33493 | No |
| Dr. Robert Lins, M.D. | Dr. Robert Lins, M.D., Orthopedic Specialist Center for Bone and Joint Surgery<br>10131 West Forest Hill Blvd., Suite 230 | No |

| Defendant(s) | Service Address | Registered to receive ECF notices in 1:13-md-02419? |
|---|---|---|
| | West Palm Beach, FL 33414 | |
| GDC Properties Management, Inc. | Robert A. Curley, Jr.<br>CURLEY & CURLEY P.C.<br>27 School Street, 6th Floor<br>Boston, MA 02108 | Yes |
| | Joshua A. Klarfeld<br>ULMER & BERNE LLP<br>1600 W. 2nd Street, Suite 1100<br>Cleveland, OH 44113 | Yes |
| | Joseph P. Thomas<br>ULMER & BERNE LLP<br>600 Vine Street, Suite 2800<br>Cincinnati, OH 45202 | Yes |
| GEO Group, Inc | GEO Group, Inc.<br>South Bay Correctional Facility<br>600 U .S. Hwy 27<br>South Bay. FL 33493 | No |
| Howell Allen Clinic A Professional Corporation;<br><br>Insight Health Corporation;<br><br>Insight Health Corporation, P.C. | Brian Gerling, Esq.<br>Christopher E. Hassell<br>BONNER KIERNAN TREBACH & CROCIATA LLP<br>1233 20th Street, NW, 8th Floor<br>Washington, DC 20036 | No |
| Image Guided Pain Management, P.C., d/b/a Insight Imaging, Roanoke | John T. Jessee<br>Nancy F. Reynolds, Esq.<br>Michael P.Gardner<br>LECLAIR RYAN<br>1800 Wells Fargo Tower, Drawer 1200<br>Roanoke, VA 24006 | No |
| John Mathis, M.D. | John Mathis, M.D.<br>2923 Franklin Road, SW<br>Roanoke, VA 24014 | No |
| Kimberley Yvette Smith, M.D. a/k/a Kimberley | Jay J. Blumberg<br>LAW OFFICES OF JAY J. BLUMBERG | No |

| Defendant(s) | Service Address | Registered to receive ECF notices in 1:13-md-02419? |
|---|---|---|
| Yvette Smith-Martin, M.D.;<br><br>Premier Orthopedic and Sports Medicine Associates of Southern New Jersey, LLC a/t/a Premier Orthopedic Associates;<br><br>Premier Orthopedic Associates Surgical Center LLC | 158 Delaware Street<br>Woodbury, NJ 08096 | |
| Ms. N. Finnisse, MSM, HAS | Ms. N. Finnisse, MSM, HAS<br>Health Service Administrator<br>600 U.S. Hwy 27<br>South Bay, FL 33493 | No |
| Marion Pain Management Center, Inc. | Daniel A. Shapiro<br>Rhonda Beesing<br>COLE, SCOTT & KISSANE, P.A.<br>4301 West Boy Scout Boulevard, Suite 400<br>Tampa, FL 33607 | No |
| Medical Sales Management | Daniel Rabinovitz<br>MICHAELS, WARD & RABINOVITZ, LLP<br>One Beacon Street, 2nd Floor<br>Boston, MA 02108 | Yes |
| Nitesh Bhagat, M.D. | Nitesh Bhagat, M.D.<br>c/o Regional Diagnostic Imaging, LLC,<br>1505 W Sherman Ave<br>Vineland, NJ 08360 | No |
| Ocean State Pain Management, Inc | Sean E. Capplis, Esquire<br>Mary-Rose Watson, Esquire<br>FICKSMAN & CONLEY<br>98 North Washington Street, Suite 500<br>Boston, MA 02114 | No |
| Officer McIntire, CO1 | Officer McIntire, Correctional Officer<br>South Bay Correctional Facility | No |

| Defendant(s) | Service Address | Registered to receive ECF notices in 1:13-md-02419? |
|---|---|---|
| | 600 U.S. Hwy 27<br>South Bay. FL 33493 | |
| Professional Pain Management Associates;<br><br>Vanette Perkins, MD | Steve Drake, Esq.<br>REYNOLDS & DRAKE, P.C.<br>P.O. Box 345<br>29 North Shore Road<br>Abescon, NJ 08201 | No |
| Robert O'Brien, M.D. | Robert O'Brien, M.D.<br>2923 Franklin Road, SW<br>Roanoke, VA 24014 | No |
| Saint Thomas Hospital;<br>Saint Thomas Health;<br>Saint Thomas Network | Lela M. Hollabaugh<br>Amy D. Hampton<br>BRADLEY ARANT BOULT CUMMINGS, LLP<br>1600 Division Street, Suite 700<br>Nashville, TN 37203 | No |
| Saint Thomas Outpatient Network;<br>Howell Allen | C. J. Gideon, Jr.<br>Matt Cline<br>Chris J. Tardino<br>GIDEON, COOPER & ESSAY, P.C.<br>315 Deaderic Street, Suite 1100<br>Nashville, TN 37238 | No |
| Saint Thomas Outpatient Neurological Center, LLC | C.J. Gideon, Jr.<br>Matt Cline<br>Chris J. Tardino<br>GIDEON, COOPER & ESSAY, P.C.<br>315 Deaderic Street, Suite 1100<br>Nashville, TN 37238 | No |
| South Jersey Healthcare;<br><br>South Jersey Regional Medical Center | Stephen A. Grossman, Esq<br>Louis R. Moffa, Jr., Esq<br>MONTGOMERY, MCCRAKEN, WALKER & RHOADS, LLP<br>457 Haddonfield Road, Suite 600<br>Cherry Hill, NJ 08002 | No |
| Tom Levins, Warden | Tom Levins, Warden<br>GEO GROUP INC. | No |

| Defendant(s) | Service Address | Registered to receive ECF notices in 1:13-md-02419? |
|---|---|---|
| | South Bay Correctional Facility<br>600 U.S. Hwy 27<br>South Bay. FL 33493 | |

9

D) Parties with Notice(s) of Appearance in USDC MA Docket No.: 1:13-md-02419:

| MDL Party | Service Address | Registered to receive ECF notices in 1:13-md-02419? |
|---|---|---|
| Edward Adams;<br>George Cary;<br>Estate of Lillian Cary;<br>Robert Schroder;<br>Leonard Shaffer | Frederic L. Ellis<br>ELLIS & RAPAKI LLP<br>85 Merrimac Street<br>Suite 500<br>Boston, MA 02114 | Yes |
| Official Committee of Unsecured Creditors in the Chapter 11 Case of New England Compounding Pharmacy, Inc. | Rebecca L. Fordon<br>BROWN RUDNICK LLP<br>One Financial Center, 18th floor<br>Boston, MA 02111<br><br>David J. Molton<br>BROWN RUDNICK LLP<br>Seven Times Square<br>New York, NY 10036 | Yes<br><br>Yes |
| Chad Green | Kimberly A. Dougherty<br>JANET JENNER & SUGGS, LLC<br>75 Arlington Street, Suite 500<br>Boston, MA 02116 | Yes |
| Ameridose LLC | Matthew E. Mantalos<br>TUCKER, SALTZMAN & DYER, LLP<br>100 Franklin Street<br>Boston, MA 02110 | Yes |
| ARL Bio Pharma, Inc. | Kristen R. Ragosta<br>Kenneth B. Walton<br>DONOVAN & HATEM, LLP<br>Two Seaport Lane<br>Boston, MA 02210 | Yes |
| Robert Cole<br>Michele Erkan | Kristen Johnson Parker<br>Thomas M. Sobol<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>55 Cambridge Pkwy, Suite 301<br>Cambridge, MA 02142 | Yes |

| MDL Party | Service Address | Registered to receive ECF notices in 1:13-md-02419? |
|---|---|---|
| Kathleen Guzman | Anne Andrews<br>ANDREWS & THORNTON<br>2 Corporate Park, Suite 100<br>Irvine, CA 92606 | Yes |
| | Christopher M. Placitella, Esquire<br>COHEN, PLACITELLA & ROTH, P.C.<br>127 Maple Avenue<br>Red Bank, NJ 07701 | Yes |
| | Harry M. Roth, Esquire<br>Michael Coren, Esquire<br>COHEN, PLACITELLA & ROTH, P.C.<br>Two Commerce Square, Suite 2900<br>2001 Market Street<br>Philadelphia, PA 19103 | Yes |
| Jane R. and Gerald W. Wray | Mark P. Chalos (Admitted Pro Hac Vice)<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP<br>150 Fourth Avenue North, Suite 1650<br>Nashville, TN 37219 | Yes |
| Sandra Harrison | J. Gerard Stranch, IV<br>BRANSTETTER, STRANCH & JENNINGS, PLLC<br>227 Second Avenue North, 4th Floor<br>Nashville, TN 37201-1631 | Yes |

E) Parties with Notice(s) of Appearance in USDC MA Docket No.: 1:12-cv-12052:

| 12-12052 Party | Service Address | Registered to receive ECF notices in 1:13-md-02419? |
|---|---|---|
| New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center; Barry Cadden; Lisa Conigliaro Cadden; Gregory Conigliaro; Douglas Conigliaro; Carla Conigliaro; Glenn A. Chin | Daniel E. Tranen<br>Geoffrey M. Coan<br>HINSHAW & CULBERTSON LLP<br>28 State Street, 24th Floor<br>Boston, MA 02109 | Yes |
| Michele Erkan | Kristen Johnson Parker<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>55 Cambridge Pkwy, Suite 301<br>Cambridge, MA 02142 | Yes |
| Carla Conigliaro; Douglas Conigliaro | Heidi A. Nadel<br>David E. Meier<br>Corrina L. Hale<br>Melinda L. Thompson<br>TODD & WELD<br>28 State Street, 31st Floor<br>Boston, MA 02109 | No |
| Ameridose, LLC | Scott H. Kremer<br>TUCKER, HEIFETZ & SALTZMAN<br>Three School Street<br>Boston, MA 02108<br><br>Scott J. Tucker<br>Matthew E. Mantalos<br>Paul Saltzman<br>TUCKER, SALTZMAN & DYER, LLP<br>100 Franklin Street, Suite 801<br>Boston, MA 02110<br><br>Matthew P. Moriarty<br>Richard A. Dean<br>TUCKER ELLIS, LLP | Yes<br><br>Yes<br><br>Yes |

12

| 12-12052 Party | Service Address | Registered to receive ECF notices in 1:13-md-02419? |
|---|---|---|
|  | 925 Euclid Ave, Suite 1150<br>Cleveland, OH 44115-1414 |  |
| Medical Sales Management, Inc | Daniel M. Rabinovitz<br>MICHAELS & WARD, LLP<br>One Beacon Street, 2nd Floor<br>Boston, MA 02108 | Yes |
| United States of America | Zachary A. Cunha<br>UNITED STATES ATTORNEY'S OFFICE MA<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210 | No |
| Alaunus Pharmaceutical, LLC | Ryan A. Ciporkin<br>Franklin H. Levy<br>LAWSON & WEITZEN<br>88 Black Falcon Avenue, Suite 345<br>Boston, MA 02210 | Yes |
| Official Committee of Unsecured Creditors of New England Compounding Pharmacy, Inc | James W. Stoll<br>William R. Baldiga<br>Jessica L. Conte<br>BROWN RUDNICK LLP<br>One Financial Center, 18th floor<br>Boston, MA 02111<br><br>David J. Molton<br>BROWN RUDNICK LLP<br>Seven Times Square<br>New York, NY 10036 | Yes<br><br><br><br><br><br>Yes |

DM3\2486647.1

F) Parties with Notice(s) of Appearance in Judicial Panel on Multidistrict Litigation, case no. MDL 2419:

| JPML Party | Service Address | Registered to receive ECF notices in 1:13-md-02419? |
|---|---|---|
| Barbara Bansale; Robert Bansale | Marc E Lipton<br>LIPTON LAW<br>18930 West Ten Mile Road, Suite 3000<br>Southfield, MI 48075 | No |
| Barbe Puro | Shawn M Raiter<br>LARSON KING, LLP<br>2800 Wells Fargo Place<br>30 East 7th Street<br>St. Paul, MN 55101 | No |
| Lyn Laperriere; Penny Laperriere | Terry A Dawes<br>Geoffrey N. Fieger<br>FIEGER, FIEGER, KENNEY, GIROUX & DANZIG, PC<br>19390 West Ten Mile Road<br>Southfield, MI 48075-2463 | No |
| New England Compounding Pharmacy, Inc;<br><br>Barry J. Cadden;<br>Lisa Conigliaro Cadden;<br>Glenn A. Chin;<br>Carla Conigliaro;<br>Douglas Conigliaro;<br>Gregory Conigliaro | Frederick H Fern<br>HARRIS BEACH PLLC<br>100 Wall Street, 23rd Floor<br>New York, New York 10005 | Yes |
| Rosalinda Edwards | Elliot L. Olsen<br>PRIZTKER OLSEN, P.A.<br>45 South Seventh St., Suite 2950<br>Plaza Seven Building<br>Minneapolis, MN 55402-1652 | No |
| Michele Erkan; Robert Cole | Thomas M. Sobol<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>55 Cambridge Pkwy, Suite 301 | Yes |

| JPML Party | Service Address | Registered to receive ECF notices in 1:13-md-02419? |
|---|---|---|
| | Cambridge, MA 02142 | |
| Margaret Schroder; Robert Schroder | Frederic L. Ellis<br>Edward D. Rapacki<br>ELLIS & RAPAKI LLP<br>85 Merrimac Street<br>Suite 500<br>Boston, MA 02114 | Yes |
| Lori Cavanaugh | Mitchell A Toups<br>WELLER GREEN TOUPS & TERRELL<br>PO Box 350<br>2615 Calder St.<br>Beaumont, TX 77704 | No |
| Roseanne Brooks; Raymond McDow | Wendy R. Fleishman<br>LIEFF CABRASER HEIMANN & BERNSTEIN LLP<br>250 Hudson Street, 8th Floor<br>New York, NY 10013-1413 | No |
| Ameridose LLC | Richard A. Dean<br>TUCKER ELLIS LLP<br>925 Euclid Avenue, Suite 1150<br>Cleveland, OH 44115 | Yes |
| Barbara Whittaker; Marvin Clark; Christopher Sherrill | Patrick T. Fennell<br>LAW OFFICES OF CRANDALL & KATT<br>366 Elm Avenue, S.W.<br>Roanoke, VA  24016 | Already on Plaintiffs service list |
| Kathleen Guzman | Anne Andrews<br>ANDREWS & THORNTON<br>2 Corporate Park, Suite 100<br>Irvine, CA 92606 | Yes |
| Medical Sales Management, Inc. | Dan Rabinovitz<br>MICHAELS, WARD & RABINOVITZ, LLP<br>One Beacon Street, 2nd Floor | Yes |

| JPML Party | Service Address | Registered to receive ECF notices in 1:13-md-02419? |
|---|---|---|
|  | Boston, MA 02108 |  |
| Image Guided Pain Management, P.C. d/b/a Insight Imaging Roanke | Michael P. Gardner<br>LECLAIR RYAN<br>1800 Wells Fargo Tower, Drawer 1200<br>Roanoke, VA 24006 | Already on Defendants' service list |

G) Parties with Notice(s) of Appearance in Debtor's Bankruptcy Case, No. 12-19882-HJB:

| Chapter 11 Party | Service Address | Registered to receive ECF notices in 1:13-md-02419? |
|---|---|---|
| Creditors:<br>NStar Electric,<br>NSTAR Gas Company | Honor S. Heath<br>NORTHEAST UTILITIES SERVICE COMPANY<br>107 Seldon Street<br>Berlin, CT 06473 | No |
| Creditors:<br>Leonard and Karen Shaffer,<br>Edward Adams,<br>George Cary,<br>Robert and Margaret Schroder | Fredric L. Ellis<br>ELLIS & RAPACKI LLP<br>85 Merrimac Street, Suite 500<br>Boston, MA 02110 | Yes |
| (Request for Creditor Notice) | Stephen W. Elliot<br>Robert J. Haupt<br>PHILLIPS MURRAH P.C.<br>Corporate Tower 13th Floor<br>101 North Robinson Avenue<br>Oklahoma City, OK  73102 | No |
| Interested Parties:<br>Basil J. McElwee; and Carla A. McElwee | Thomas W. Hardin<br>Patrick M. Carter<br>HARDIN, PARKES, KELLEY, CARTER & BRYANT, PLLC<br>102 West 7th Street<br>P.O. Box 929<br>Columbia, TN 38402-0929 | No |
| Creditor:<br>Unifirst Corporation | Daniel Glosband<br>GOODWIN PROCTOR LLP<br>Exchange Place<br>53 State Street<br>Boston, MA 02109-2881 | No |
| Creditor Committee<br>Official Committee of Unsecured Creditors | William R. Baldiga<br>Rebecca L. Fordon<br>Jessica L. Conte<br>BROWN RUDNICK LLP<br>One Financial Center | Yes |

| Chapter 11 Party | Service Address | Registered to receive ECF notices in 1:13-md-02419? |
|---|---|---|
|  | Boston, MA 02111 |  |
| Creditor:<br>Evan M. Goldman | Evan M. Goldman<br>GOLDMAN & GOLDMAN P.A.<br>The Foxleigh Building<br>2330 west Joppa Road, Suite 300<br>Lutherville, MD 21093 | No |
| Creditor:<br>Margaret Hanson | Frank Prokos<br>LAW OFFICE OF FRANK PROKOS, LLC<br>1600 Providence Highway/Rte1<br>Walpole, MA 02081 | Already on Plaintiffs service list |
| Creditor:<br>TN Dept of Health | Gill R. Geldreich<br>Tennessee Attorney General's Office<br>Senior Counsel, Bankruptcy Division<br>P.O. Box 20207<br>Nashville, TN 37202 | No |
| Interested Party:<br>Pharmacists Mutual Companies | Richard E. Mikels<br>MINTZ, LEVIN, COHN, FERRIS, GLOVSKY & POPEO<br>One Financial Center<br>Boston, MA 02111 | No |
| Claimants:<br>Lisa Agnew,<br>Sara Andrews,<br>David Barley,<br>Virginia Berger,<br>Viola Bowling,<br>Anna Boyd,<br>Brenda Brewster,<br>Wilma Brumfield,<br>Marvin Clark, Becky Clodfelter,<br>John Collins,<br>Sydney Creasy,<br>Harry English,<br>Christy Fralin, | Patrick T. Fennell<br>CRANDALL & KATT<br>366 Elm Avenue, S.W.<br>Roanoke, Virginia 24016 | Already on Plaintiffs service list |

| Chapter 11 Party | Service Address | Registered to receive ECF notices in 1:13-md-02419? |
|---|---|---|
| Kenneth Hall, Robin Hannabass, Anthony Jarrett, Denise Jones, Bobby Lugar, James Matthews, Tammy Muncie, Lloyd Mullins, Danny Nicely, John Nicely, Sharon Nipper, Nancy Phillips, Michelle Powell, Vicki Scott, Christopher Sherrill, James Shrewsbury, Kathy Sinclair, Lloyd Smith, David Stover, Johnny Taylor, Donna West, Barbara Whittaker, Cheryl Williams, Darlene Wood | | |
| Robert Dana Bender, and Dana Marlene Bradley, and Ronnie A. Brown, Jr., and Trudy R. Epperly, and Barbara J. Filson, and Zachary L. Foutz, and Robert Early Harris, Jr., and Julian D. Holbrook, and Chester T. Kalinoski, and Pauline Reynolds McFarlane, and James Wirt Smith, Jr., and Randolph E. Smith, and Rose White, and Richard A. Whitlow, and Sharon G. Wingate, and Beverly B. Woody | H. David Gibson<br>GENTRY LOCKE RAKES & MOORE<br>10 Franklin Road Southeast<br>P.O. Box 40013<br>Roanoke, VA  24022-0013 | Already on Plaintiffs Service list |

| Chapter 11 Party | Service Address | Registered to receive ECF notices in 1:13-md-02419? |
|---|---|---|
| BMW Financial Service NA, LLC | Ascension Capitol Group, Inc.<br>Attn: BMW Financial Services NA, LLC<br>P.O. Box 201347<br>Arlington, TX 76006<br>(Act: XXXXX2565) | No |
| Daimler Trust | Daimler Trust<br>c/o BK Servicing, LLC<br>P.O. Box 131265<br>Roseville, MN 55113 | No |
| | Patrick M Carter<br>HARDIN PARKES<br>KELLEY CARTER & BRYANT PLLC<br>102 West 7th Street<br>P.O. Box 929<br>Columbia, TN 38402 | Already on Service List for 12-12052 |
| | Daniel E. Tranen<br>HINSHAW & CULBERTSON LLP<br>28 State Street, 24th Floor<br>Boston, MA 02109-1775 | No |
| | Scott J. Tucker<br>TUCKER SALTZMAN & DYER, LLP<br>100 Franklin Street<br>Boston, MA 02110 | No |
| Debtor, NECC | Robert A. White<br>MURTHA, CULLINA, RICHTER & PENNEY<br>99 High Street<br>Boston, MA 02110 | No |

DM3\2486647.1