UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>    All Cases | MDL No.: 1:13-md-2419-FDS |
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY CASES<br><br>This Document Relates to:<br>    All Cases | Master Docket No. 12-12052 - FDS |

**NOTICE OF FILING OF SECOND AMENDED SCHEDULE OF PENDING ACTIONS**

**PLEASE TAKE NOTICE** that on March 10, 2013, Paul D. Moore, the Chapter 11 Trustee (the "Trustee") for the Estate of New England Compounding Pharmacy, Inc. ("NECC" or the "Debtor") filed a motion [Doc. No. 37] (the "Motion") in the multidistrict litigation involving NECC pending in the United States District Court for the District of Massachusetts (the "Court") for entry of an order transferring to the Court the personal injury and wrongful death cases identified on Exhibit A to the memorandum [Doc. No. 38] (the "Memorandum")[1] in support of the Motion (as modified, amended or supplemented, the "Schedule of Pending Actions").[2]

---

[1] Capitalized terms used but not defined herein shall have the same meanings ascribed to them in the Motion and Memorandum.

[2] The Motion and Memorandum were also filed in the action styled *Erkan v. New England Compounding Pharmacy, Inc. et al.*, Case No. 12-12052, pending before this Court, in which pleadings have been filed regarding that case and the related cases that are listed on the docket for that case [Doc. Nos. 200 and 201].

DM3\2511727.1

**PLEASE TAKE FURTHER NOTICE** that on March 15, 2013, the Trustee filed an Amended Schedule of Pending Actions [Doc. No. 57].

**PLEASE TAKE FURTHER NOTICE** that the Trustee is hereby filing the attached Second Amended Schedule of Pending Actions which supersedes the Amended Schedule of Pending Actions (as well as Exhibit A to the Memorandum).

**PLEASE TAKE FURTHER NOTICE** that the Second Amended Schedule of Pending Actions remains subject to further revision, and the Trustee expressly reserves the right to further amend and supplement the Second Amended Schedule of Pending Actions.

Dated: April 16, 2013

Respectfully submitted,

DUANE MORRIS LLP

*/s/ Michael R. Gottfried*
Michael R. Gottfried  (BBO #542156)
Jennifer L. Mikels (BBO# 682199)
100 High Street, Suite 2400
Boston, MA 02110-1724
Phone: (857) 488-4200
Fax: (857) 488-4201
Email: mrgottfried@duanemorris.com
          jlmikels@duanemorris.com

Counsel for Paul D. Moore, in his capacity as Chapter 11 Trustee of the Defendant New England Compounding Pharmacy, Inc., d/b/a New England Compounding Center

**SECOND AMENDED SCHEDULE OF PENDING ACTIONS**

Exhibit A1
**Federal Cases Not in NECC MDL**

| Plaintiff(s) | Venue | Co-Defendant(s) | Docket No. | Plaintiff(s)' Counsel |
|---|---|---|---|---|
| Darrel Cummings | USDC- Southern District of Florida | NECP d/b/a NECC; GEO Group, Inc; Tom Levins, Warden; Ms. N. Finnisse, MSM, HAS; Dr. J. Dauphin, D.O.; Dr. Jules Heller, M.D.; Dr. Robert Lins, M.D.; Officer McIntire, CO1 | 9:12-cv-81413 | PRO SE |
| Basil E. Proffitt | USDC- Western District of Virginia, Roanoke | NECP d/b/a NECC; Image Guided Pain Management, P.C., d/b/a Insight Imaging, Roanoke | 7:12-cv-00615 | Willard J. Moody, Jr.<br>The Moody Law Firm, Inc.<br>500 Crawford Street<br>Suite 300<br>Portsmouth, VA  23705<br><br>The Miller Firm, LLC<br>The Sherman Building<br>108 Railroad Avenue<br>Orange, VA  22960 |
| Reba M. Skelton and Roy H. Skelton | USDC - Middle District Tennessee | NECP d/b/a NECC | 3:13-cv-00323 | Randall L. Kinnard<br>Daniel L. Clayton<br>Kinnard, Clayton & Beveridge<br>127 Woodmont Boulevard<br>Nashville, TN 37205 |
| Mary Sharon Walker | USDC- Western District of Virginia | NECP d/b/a NECC; Image Guided Pain Management, P.C., d/b/a Insight Imaging, Roanoke | 7:12cv 00564 | Willard J. Moody, Jr.<br>The Moody Law Firm, Inc.<br>500 Crawford Street<br>Suite 300<br>Portsmouth, VA  23705<br><br>The Miller Firm, LLC<br>The Sherman Building<br>108 Railroad Avenue<br>Orange, VA  22960 |

**Exhibit A2**
**State Court Cases Pending Removal**

| Plaintiff(s) | Venue | Defendant(s) | Docket No. | Plaintiff(s)' Counsel |
|---|---|---|---|---|
| | | | | |

Exhibit A3
State Court Cases Not Removed

| Plaintiff(s) | Venue | Defendant(s) | Docket No. | Plaintiff(s)' Counsel |
|---|---|---|---|---|
| Sara Culp Andrews | Roanoke, VA | NECP d/b/a NECC; Image Guided Pain Management, P.C., d/b/a Insight Imaging | CL12-2495 | Patrick T. Fennell, Esq. Law Offices of Crandall & Katt 366 Elm Avenue, S.W. Roanoke, VA  24016 |
| David A. Barley, Jr. | Roanoke, VA | NECP d/b/a NECC; Image Guided Pain Management, P.C., d/b/a Insight Imaging | CL12-2437 | Patrick T. Fennell, Esq. Law Offices of Crandall & Katt 366 Elm Avenue, S.W. Roanoke, VA  24016 |
| Virginia Law Berger | Roanoke, VA | NECP d/b/a NECC; Image Guided Pain Management, P.C., d/b/a Insight Imaging | CL12-2439 | Patrick T. Fennell, Esq. Law Offices of Crandall & Katt 366 Elm Avenue, S.W. Roanoke, VA  24016 |
| Viola Mills Bowling | Roanoke, VA | NECP d/b/a NECC; Image Guided Pain Management, P.C., d/b/a Insight Imaging | CL12-2453 | Patrick T. Fennell, Esq. Law Offices of Crandall & Katt 366 Elm Avenue, S.W. Roanoke, VA  24016 |
| Brenda Brewster | Roanoke, VA | NECP d/b/a NECC; Image Guided Pain Management, P.C., d/b/a Insight Imaging | CL12-2438 | Patrick T. Fennell, Esq. Law Offices of Crandall & Katt 366 Elm Avenue, S.W. Roanoke, VA  24016 |
| Wilma Brumfield | Roanoke, VA | NECP d/b/a NECC; Image Guided Pain Management, P.C., d/b/a Insight Imaging | CL12-2399 | Patrick T. Fennell, Esq. Law Offices of Crandall & Katt 366 Elm Avenue, S.W. Roanoke, VA  24016 |
| Harry Michael English | Roanoke, VA | NECP d/b/a NECC; Image Guided Pain Management, P.C., d/b/a Insight Imaging | CL12-2435 | Patrick T. Fennell, Esq. Law Offices of Crandall & Katt 366 Elm Avenue, S.W. Roanoke, VA  24016 |

**Exhibit A3**
**State Court Cases Not Removed**

| Plaintiff(s) | Venue | Defendant(s) | Docket No. | Plaintiff(s)' Counsel |
|---|---|---|---|---|
| Carolyn Fidler, Curtis Lynn Shell, Brian Glenn Caddell, Richard Wayne Henegar, Lynda Bradfield, Elizabeth P. Kirkpatrick, Kathy N. Cole, Dana M. King | Roanoke, VA | NECP d/b/a NECC; Image Guided Pain Management, P.C., d/b/a Insight Imaging | CL12-2509 | Cranwell, Moore & Emick, P.L.C.<br>111 West Virginia Avenue<br>Vinton, VA  24179 |
| Christy Fralin | Roanoke, VA | NECP d/b/a NECC; Image Guided Pain Management, P.C., d/b/a Insight Imaging | CL12-2434 | Patrick T. Fennell, Esq.<br>Law Offices of Crandall & Katt<br>366 Elm Avenue, S.W.<br>Roanoke, VA  24016 |
| Robin Annette Hannabass | Roanoke, VA | NECP d/b/a NECC; Image Guided Pain Management, P.C., d/b/a Insight Imaging | CL12-2436 | Patrick T. Fennell, Esq.<br>Law Offices of Crandall & Katt<br>366 Elm Avenue, S.W.<br>Roanoke, VA  24016 |
| Nancy Phillips | Roanoke, VA | NECP d/b/a NECC; Image Guided Pain Management, P.C., d/b/a Insight Imaging | CL12-2398 | Patrick T. Fennell, Esq.<br>Law Offices of Crandall & Katt<br>366 Elm Avenue, S.W.<br>Roanoke, VA  24016 |
| Craig Simas and Joan Simas | Middlesex County, MA | NECP d/b/a NECC; Ocean State Pain Management, Inc | 12 4591 | Wickstrom Morse, LLP<br>60 Church Street<br>Whitinsville, MA  01588 |
| Kathy Sinclair | Roanoke, VA | NECP d/b/a NECC; Image Guided Pain Management, P.C., d/b/a Insight Imaging | CL12-2397 | Patrick T. Fennell, Esq.<br>Law Offices of Crandall & Katt<br>366 Elm Avenue, S.W.<br>Roanoke, VA  24016 |
| Lloyd Smith | Roanoke, VA | NECP d/b/a NECC; Image Guided Pain Management, P.C., d/b/a Insight Imaging | CL12-2454 | Patrick T. Fennell, Esq.<br>Law Offices of Crandall & Katt<br>366 Elm Avenue, S.W.<br>Roanoke, VA  24016 |

**Exhibit A3**
**State Court Cases Not Removed**

| Plaintiff(s) | Venue | Defendant(s) | Docket No. | Plaintiff(s)' Counsel |
|---|---|---|---|---|
| Margaret Snopkowski | Suffolk County, MA | NECP d/b/a NECC | SUCV2012-03872 | Elizabeth A. Kaveny<br>Burke Wise Morrissey & Kaveny<br>161 North Clark Street<br>Suite 3250<br>Chicago, IL  60601-3330 |
| Donna West | Roanoke, VA | NECP d/b/a NECC; Image Guided Pain Management, P.C., d/b/a Insight Imaging | CL12-2396 | Patrick T. Fennell, Esq.<br>Law Offices of Crandall & Katt<br>366 Elm Avenue, S.W.<br>Roanoke, VA  24016 |

Exhibit A4
Cases Naming Non-Debtor Defendants Only

| Case Name | Venue | Defendants | Docket No. | Plaintiff(s)' Counsel |
|---|---|---|---|---|
| Edward Adams | USDC- District of Massachusetts Adversary No: 13-01026 Civil Docket: 1:13-cv-10229 | Barry Cadden; Lisa Cadden; Gregory Conigliaro; Glenn Chin; ARL Bio Pharma, Inc. d/b/a Analytical Research Laboratories; Ameridose, LLC; Medical Sales Management, Inc.; GDC Properties Management, Inc. | | Frederic L. Ellis Edward D. Rapaki Joseph M. Makalusky Ellis & Rapaki, LLP 85 Merrimac Street Suite 500 Boston, MA  02114<br><br>J. Douglas Peters Charfoos & Christensen, PC Hecker-Smiley Mansion 5510 Woodward Avenue Detroit, MI  40202 |
| Baker, Chance Everett | Roanoke, VA | Alaunus Pharmaceutical LLC; Image Guided Pain Management P, Trading as: Insight Imaging Roanoke; Insight Health Services Corp. | CL13-451 | Daniel T. Frith III Frith & Ellerman Law Firm, P.C. 303 Washington Avenue, SW Roanoke, Virginia 24016 |
| Bradley | Roanoke, VA | Image Guided Pain Management, P.C.; John Mathis, M.D; Robert O'Brien, M.D.; Insight Health Corporation, P.C. | | H. David Gibson Gentry Locke Rakes & Moore 10 Franklin Road Southeast P.O. Box 40013 Roanoke, VA  24022-0013 |
| Epperly | Roanoke, VA | Image Guided Pain Management, P.C.; John Mathis, M.D; Robert O'Brien, M.D.; Insight Health Corporation, P.C. | CL12-2571 | H. David Gibson Gentry Locke Rakes & Moore 10 Franklin Road Southeast P.O. Box 40013 Roanoke, VA  24022-0013 |
| Filson | Roanoke, VA | Image Guided Pain Management, P.C.; John Mathis, M.D; Robert O'Brien, M.D.; Insight Health Corporation, P.C. | CL12-2575 | H. David Gibson Gentry Locke Rakes & Moore 10 Franklin Road Southeast P.O. Box 40013 Roanoke, VA  24022-0013 |
| Foutz | Roanoke, VA | Image Guided Pain Management, P.C.; John Mathis, M.D; Robert O'Brien, M.D.; Insight Health Corporation, P.C. | CL13-09 | H. David Gibson Gentry Locke Rakes & Moore 10 Franklin Road Southeast P.O. Box 40013 Roanoke, VA  24022-0013 |

Exhibit A4
Cases Naming Non-Debtor Defendants Only

| Case Name | Venue | Defendants | Docket No. | Plaintiff(s)' Counsel |
|---|---|---|---|---|
| Harris | Roanoke, VA | Image Guided Pain Management, P.C.; John Mathis, M.D; Robert O'Brien, M.D.; Insight Health Corporation, P.C. | CL13-55 | H. David Gibson<br>Gentry Locke Rakes & Moore<br>10 Franklin Road Southeast<br>P.O. Box 40013<br>Roanoke, VA  24022-0013 |
| Johnston, Patrick O. | Roanoke, VA | Alaunus Pharmaceutical LLC; Image Guided Pain Management I; Insight Health Services Corp. | CL13-453 | Daniel T. Frith III<br>Frith & Ellerman Law Firm, P.C.<br>303 Washington Avenue, SW<br>Roanoke, Virginia 24016 |
| Kalinoski | Roanoke, VA | Image Guided Pain Management, P.C.; John Mathis, M.D; Robert O'Brien, M.D.; Insight Health Corporation, P.C. | CL12-2574 | H. David Gibson<br>Gentry Locke Rakes & Moore<br>10 Franklin Road Southeast<br>P.O. Box 40013<br>Roanoke, VA  24022-0013 |
| May | Davidson County, TN | Saint Thomas Outpatient Neurological Center, LLC; Howell Allen Clinic A Professional Corporation | 13C606 | William D. Leader<br>George H. Nolan<br>Leader, Bulso & Nolan, PLC<br>414 Union Street, Suite 1740<br>Nashville, TN 37219 |
| McFarlane | Roanoke, VA | Image Guided Pain Management, P.C.; John Mathis, M.D; Robert O'Brien, M.D.; Insight Health Corporation, P.C. | CL12-2573 | H. David Gibson<br>Gentry Locke Rakes & Moore<br>10 Franklin Road Southeast<br>P.O. Box 40013<br>Roanoke, VA  24022-0013 |
| Parman | Davidson County, TN | Saint Thomas Outpatient Neurological Center, LLC; Howell Allen Clinic A Professional Corporation | 13CL005 | William D. Leader<br>George H. Nolan<br>Leader, Bulso & Nolan, PLC<br>414 Union Street, Suite 1740<br>Nashville, TN 37219 |
| Reed | Davidson County, TN | Saint Thomas Outpatient Neurological Center, LLC; Howell Allen Clinic A Professional Corporation | 13C417 | William D. Leader<br>George H. Nolan<br>Leader, Bulso & Nolan, PLC<br>414 Union Street, Suite 1740<br>Nashville, TN 37219<br><br>William H. Lassiter, Jr.<br>John Overton Belcher<br>Lassiter Tidwell & Davis, PLLC<br>One Nashville Place<br>150 4th Avenue North, Suite 1850<br>Nashville, TN  37219 |

**Exhibit A4**
**Cases Naming Non-Debtor Defendants Only**

| Case Name | Venue | Defendants | Docket No. | Plaintiff(s)' Counsel |
|---|---|---|---|---|
| Leonard Shaffer and Karen Shaffer | USDC- District of Massachusetts Adversary No: 13-01023 Civil Docket: 1:13-cv-10226 | Barry Cadden; Lisa Cadden; Gregory Conigliaro; Glenn Chin; ARL Bio Pharma, Inc. d/b/a Analytical Research Laboratories; Ameridose, LLC; Medical Sales Management, Inc.; GDC Properties Management, Inc. | | Frederic L. Ellis Edward D. Rapaki Joseph M. Makalusky Ellis & Rapaki, LLP 85 Merrimac Street Suite 500 Boston, MA  02114<br><br>J. Douglas Peters Charfoos & Christensen, PC Hecker-Smiley Mansion 5510 Woodward Avenue Detroit, MI  40202 |
| Smith, James Wirt | Roanoke, VA | Image Guided Pain Management, P.C.; John Mathis, M.D; Robert O'Brien, M.D.; Insight Health Corporation, P.C. | CL12-2572 | H. David Gibson Gentry Locke Rakes & Moore 10 Franklin Road Southeast P.O. Box 40013 Roanoke, VA  24022-0013 |
| Smith, Randolph | Roanoke, VA | Image Guided Pain Management, P.C.; John Mathis, M.D; Robert O'Brien, M.D.; Insight Health Corporation, P.C. | CL13-57 | H. David Gibson Gentry Locke Rakes & Moore 10 Franklin Road Southeast P.O. Box 40013 Roanoke, VA  24022-0013 |
| Wertz, Ferman W. | Roanoke, VA | Alaunus Pharmaceutical, LLC; Image Guided Pain Management; Insight Imaging Roanoke. | CL13-452 | Daniel T. Frith III Frith & Ellerman Law Firm, P.C. 303 Washington Avenue, SW Roanoke, Virginia 24016 |
| Whitlow | Roanoke, VA | Image Guided Pain Management, P.C.; John Mathis, M.D; Robert O'Brien, M.D.; Insight Health Corporation, P.C. | CL13-55 | H. David Gibson Gentry Locke Rakes & Moore 10 Franklin Road Southeast P.O. Box 40013 Roanoke, VA  24022-0013 |
| Wingate | Roanoke, VA | Image Guided Pain Management, P.C.; John Mathis, M.D; Robert O'Brien, M.D.; Insight Health Corporation, P.C. | | H. David Gibson Gentry Locke Rakes & Moore 10 Franklin Road Southeast P.O. Box 40013 Roanoke, VA  24022-0013 |